# GODDARD LAW PLLC

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

WWW.GODDARDLAWNYC.COM

January 17, 2025

**BY ECF**
Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10007

    Re:    **Stiler v. Amalgamated Life Insurance Company et al.**
             **Case No.: 7:24-cv-08962-KMK**

Dear Judge Karas:

The undersigned counsel to Plaintiff Galinda Stiler ("Plaintiff") is the above-referenced matter. Plaintiff respectfully submits this letter with Defendant's consent to request an adjournment of the Pre-motion Conference scheduled for January 21, 2025, at a date and time convenient to this Court.

The adjournment is respectfully requested for twofold reasons. First, new counsel for Plaintiff has been recently noticed for this matter, see Docket No. 14. Counsel will need sufficient time to review the case to be adequately prepared for the conference. Second, counsel has previously scheduled mediation for a separate matter on the same date which conflicts with the scheduled Pre-motion conference.

This is Plaintiff's first request for an adjournment of the Pre-motion Conference.

We thank the Court for its time and attention to this matter.

Granted. The conference is adjourned to 1/24/25, at 11:30 via teleconference. So Ordered.
1/20/25

Respectfully submitted,

/s/ Megan Goddard, Esq.
Megan S. Goddard, Esq.